

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00484-CR

Arthur Lee **PARSONS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 85th Judicial District Court, Brazos County, Texas
Trial Court No. 11-02236-CRF-85
Honorable Jimmy Don Langley, Judge Presiding

Opinion By:    Karen Angelini, Justice

Sitting:    Karen Angelini, Justice
Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  June 11, 2014

AFFIRMED, MOTION TO WITHDRAW GRANTED

Arthur Lee Parsons pled guilty to the offense of violation of a protective order by assault, a third degree felony. There was no plea agreement. After hearing evidence on punishment, the trial court sentenced Parsons to nine years in prison. Parsons appealed.

Parsons's court-appointed appellate counsel has filed a motion to withdraw and a brief in which he concludes that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel states that Parsons was provided with a copy of the motion to withdraw and the brief, and was informed of

his right to review the record and file his own brief. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Parsons has not filed a pro se brief.

We have reviewed the record and counsel's brief. We agree that this appeal is frivolous and without merit. The judgment of the trial court is affirmed, and counsel's motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns*, 924 S.W.2d at 177 n.1.

No substitute counsel will be appointed. Should Parsons wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion, or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Karen Angelini, Justice

DO NOT PUBLISH